UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD GREGORY FARAH,

        Petitioner,

vs.                          Case No. 2:06-cv-39-FtM-29DNF
                                     (Cr. No. 2:96-cr-27-FTM-29DNF)

UNITED STATES OF AMERICA,

        Respondent.
_____

**OPINION AND ORDER**

    This matter comes before the Court on petitioner's motion for leave to proceed *in forma pauperis* and motion for an appointment of counsel on appeal (Doc. #15), filed on January 16, 2007, and petitioner's motion to recall the mandate (Doc. #17), filed on January 17, 2007. Also before the Court are petitioner's Notices of Appeal (Docs. #14, #16). Pursuant to Fed. R. App. P. 22(b)(1), and to the extent that petitioner' sought habeas relief, the Notices of Appeal are deemed to include an application for certificate of appealability.

    Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability issues. The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." Miller-El v.

Cockrell, 537 U.S. 322, 336 (2003). Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.  See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000).  When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001).  "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims." Miller-El v. Cockrell, 537 U.S. at 336.

On September 19, 2006, the Court entered an Opinion and Order (Doc. #9) finding that petitioner was not entitled to § 2241 relief; denying reconsideration of his § 2255; and denying a request to transfer or certify the issues to "some appropriate court of appeals."  On December 11, 2006, the Court denied reconsideration.  (Doc. #13.)  The petition was denied on the merits, and the Court finds that petitioner has failed to show that jurists of reason would find that the Court's assessment of the

constitutional claim was debatable or wrong. Petitioner's request to proceed *in forma pauperis* will be denied as moot.

As to the request for an appointment of counsel, the Court finds that circumstances have not changed such that petitioner now requires the assistance of counsel. More specifically, the Court finds that petitioner has not demonstrated that his case is so complex, or that exceptional circumstances exist, such that an appointment of counsel would be appropriate. See Holt v. Ford, 862 F.2d 850, 853 (11th Cir. 1989)(collecting cases); Brunskill v. Boyd, 141 Fed. Appx. 771, 777 (11th Cir. 2005).

To the extent that petitioner seeks to vacate his underlying criminal sentence and judgment, the motion will be denied. To the extent that petitioner seeks to vacate the February 24, 2000, mandate issued by the Eleventh Circuit Court of Appeals, this Court has no authority or jurisdiction to do so.

Accordingly, it is now

**ORDERED**:

1. Petitioner's application for certificate of appealability, deemed included in the Notices of Appeal (Docs. #14, #16), is **DENIED**.

2. Petitioner's motion for leave to proceed *in forma pauperis* and motion for an appointment of counsel on appeal (Doc. #15) is **DENIED** as moot.

3. Petitioner's motion for an appointment of counsel on appeal (Doc. #15) is **DENIED**.

4. Petitioner's motion to recall the mandate (Doc. #17) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of January, 2007.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
All Parties of Record
USCA